Lorna Walker    #154724
Daniel Frankston    #139633
The Law Offices of
   SWEET & WALKER, P.C.
2380 Junipero Serra Boulevard, Suite B
Daly City, California 94015
Phone (415) 334-1600   Fax (415) 334-0855

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTIN KENNEY & CO., <br><br> Petitioner, <br><br> vs. <br><br> NICOLE MOLLISON, aka NICOLE VENTO; RENEE VENTO, <br><br> Respondents. | Case No. <br><br> NOTICE OF PETITION AND PETITION TO CONFIRM ARBITRATION AWARD |

### Notice of Petition

Notice is hereby given that as soon as this matter may be heard in the United State District Court, Northern District of California-San Francisco Division, located at 450 Golden Gate Avenue, San Francisco, California, Petitioner MARTIN KENNEY & CO., by and through its undersigned counsel, will and hereby does petition this court for an order pursuant to 9 U.S.C. Section 207 to: (i)

recognize and enforce a foreign arbitration award (the "Award") rendered on January 23, 2017 in an arbitration between Petitioner and Respondents NICOLE MOLLISON and RENEE VENTO (Collectively referred to as "RESPONDENTS") entered pursuant to the Arbitration Rules of the British Virgin Islands' Uncitral Arbitration Rules ("Uncitral" and the BVI Arbitration Act 2013 ("BVI Act"); (ii) enter judgment in Petitioner's favor and against Respondents NICOLE MOLLISON and RENEE VENTO in the amount of $234,000.00, along with interest thereon at the rate of 7.5% per annum from June 1, 2017 through the date of entry of Confirmation of "The Award", plus the costs of this proceeding; and, (iii) award Petitioner such other and further relief as this Court deems just and proper. This petition is based on the following memorandum of points and authorities, the declaration of Lorna Walker, and the attached exhibits.

## Introduction

1. On January 23, 2017, a consent arbitration award was issued in favor of Petitioner and against Respondents. A Deed of Settlement and Release was annexed thereto. (Declaration of Lorna Walker ("Walker Decl."), Exhibit A.)

2. Petitioners herein seek to have the arbitral award reduced to a judgment against two (2) California residents, Respondents NICOLE MOLLISON and RENEE VENTO, jointly and severally, in the sum of sum of $234,000.00, along with interest thereon at the rate of 7.5% per annum from June 1, 2017 until paid. (Walker Decl., ¶¶ 6 & 7, Exhibit A, ¶6.1).

## The Parties and Jurisdiction

3. Petitioner brings this summary proceeding under the United Nations Convention on the Recognition and Enforcement of Foreign Arbitral Awards, (June 10, 1958), 21 U.S.T. 2517, T.I.A.A. 6997, 330 U.N.T.S. 3 (the "New York Convention"), as implemented in Chapter 2 of the Federal Arbitration Act ("FAA"), 9 U.S.C. Section 201 et seq., to confirm a duly-rendered arbitration award issued in its favor against RESPONDENTS. Pursuant to the FAA,

> An action or proceeding falling under the [New York] Convention shall be deemed to arise under the laws and treaties of the United States. The district courts of the United States . . . shall have original jurisdiction over such an action or proceeding, regardless of the amount in controversy.
> (9 U.S.C. § 203.)

4. Petitioner is a firm of solicitors located at P.O. Box 4740, Third Floor, Flemming House, Road Town, Tortola, British Virgin Islands, VB 1110.

5. Respondent NICOLE MOLLISON is an individual who resides at 110 Crane Drive, San Anselmo, California. Respondent RENEE VENTO is an individual who resides at 2464 Manchester Avenue, Cardiff-by-the Sea, California.

6. This court has subject matter jurisdiction over this proceeding pursuant to 9 U.S.C. Section 203 and 28 USC Section 1331 because this is an action to confirm an arbitration Award issued under the New York Convention.

7.  This court has personal jurisdiction over RESPONDENTS because they are California residents.

### Intradistrict Assignment

8.  Venue is proper in this district pursuant to 9 U.S.C. Section 204, 28 U.S.C. Section 1391(b)(1), (c) & (d), and Civil Local Rule 3-2(c) because Respondent NICOLE MOLLISON resides in San Anselmo which is within the Northern District of California.

### The Arbitration Agreement

9.  Respondents and Petitioner consented in writing to arbitrate its disputes pursuant to Paragraph U of the Appendix to Letter of Engagement of January 11, 2011 with an effective date of July 20, 2009. (Walker Decl., Exhibit B).

### The Arbitration

10. Petitioner commenced the arbitration at issue herein by submitting a Notice of Arbitration dated June 24, 2014. (Walker Decl., Exhibit C).

11. Acting under the UNCITRAL rules, and pursuant to the consent given by Petitioner MARTIN KENNEY & CO., and Respondents NICOLE MOLLISON and RENEE VENTO, the arbitrator issued The Award on on January 23, 2017. (Walker Decl., Exhibit A).

12. On Acting under the UNCITRAL rules, and pursuant to the consent given by Petitioner MARTIN KENNEY & CO., and Respondents NICOLE MOLLISON and RENEE VENTO, the arbitrator issued The Award on on January 23, 2017. (Walker Decl., Exhibit A).

13. On June 1, 2017, Respondents defaulted on the terms of the Deed of Settlement and Release by failing to remit the final ($234,000.00) installment payment due pursuant to Paragraph 2.1 of said Deed of Settlement and Release.

WHEREFORE, Petitioner prays for:

1. An order pursuant to 9 U.S.C. Section 207 confirming the Award against Respondents NICOLE MOLLISON and RENEE VENTO;

2. Judgment in favor of Petitioner MARTIN KENNEY & CO., and against Respondents NICOLE MOLLISON and RENEE VENTO, jointly and severally, in the amount of $234,000.00;

3. An award of pre-judgment interest at the rate of 7.5% per annum from June 1, 2017 to the date of entry of judgment;

4. An award of post-judgment interest; and,

5. Such other and further relief as the Court deems proper.

DATED: September 11, 2018

SWEET & WALKER, P.C.

By _____
Lorna Walker
Attorneys for Petitioner
MARTIN KENNEY & CO.